THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT MARTIN,

   Plaintiff,

-vs-                                                          CASE NO.: 3:13-CV-797-J-32JRK

ENHANCED RECOVERY COMPANY, LLC.,

   Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiff, ROBERT MARTIN, and Defendant, ENHANCED RECOVERY COMPANY, LLC, by and through their respective undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., to the dismissal of this case, with prejudice, each party to bear his or its own costs and attorneys' fees, and request entry of an appropriate Order disposing of this case.

      Respectfully submitted this __20th__ day of __February__ 2014.

| | |
|---|---|
| */s/ Amanda J. Allen* | */s/ Scott S. Gallagher* |
| **Amanda J. Allen, Esquire** | **Scott S. Gallagher, Esquire** |
| Morgan & Morgan, P.A. | Smith, Gambrell & Russell, LLP |
| One Tampa City Center | 50 North Laura Street, Suite 2600 |
| 201 N. Franklin Street, 7th Floor | Jacksonville, FL 32202 |
| Tampa, FL  33602 | Telephone:     (904) 598-6100 |
| Tele:  (813) 223-5505 | Facsimile:     (904) 598-6231 |
| AAllen@ForThePeople.com | sgallagher@sgrlaw.com |
| Florida Bar #:  0098228 | Florida Bar #:   0371970 |
| Attorney for Plaintiff | Attorney for Defendant |