# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ROBERT MARTIN,

    Plaintiff,

v.                              Case No:  3:13-cv-797-J-32JRK

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 17), filed on February 20, 2014, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of February, 2014.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of Record